# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00084-CV

**Exelon Wind, LLC, Appellant**

**v.**

**Public Utility Commission of Texas, Occidental Permian Ltd. and
Southwestern Public Service Company, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. D-1-GN-10-004130, HONORABLE RHONDA HURLEY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Exelon Wind, LLC has filed an unopposed motion to dismiss the appeal.

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Chief Justice Rose, Justices Puryear and Goodwin

Dismissed on Appellant's Motion

Filed: January 23, 2015